# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ashley Terrell Brooks,

        Petitioner(s),

vs.

USA,

        Respondent(s).

JUDGMENT IN A CIVIL CASE

3:08cv565

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/11/12 Order.

January 11, 2012

FRANK G. JOHNS, CLERK

BY: _____Cynthia Huntley_____
Cynthia Huntley, Deputy Clerk